IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02118-MSK-MEH

ROY J. MAIN,

      Applicant,

v.

ABBOTT, and
ATTORNEY GENERAL'S OFFICE,

      Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2009.**

      Applicant's Motion for Court on Ruling of Case [filed July 16, 2009; docket #19] and Motion for Speedy Disposition of Case [filed October 14, 2009; docket #20] are **denied**. The Applicant requests an expedited ruling on this matter, but provides no reason for his request. Therefore, the Court will timely adjudicate the Application in the normal course.